**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-7060**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ROBERT PETER RUSSELL,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:91-cr-00056-LMB-1)

───────────────

Submitted:  November 22, 2022               Decided:  November 29, 2022

───────────────

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Robert Peter Russell, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Peter Russell appeals the district court's order denying his motion for appointment of a special prosecutor. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Russell*, No. 1:91-cr-00056-LMB-1 (E.D. Va. Aug. 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*